**Electronically Filed
Supreme Court
SCWC-13-0000129
11-FEB-2016
02:17 PM**

SCWC-13-0000129

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LEIMOMI LESLIE FRESCH, Individually and as Next Friend
for Howard K. Leslie, Jr., Respondent/Plaintiff-Appellee,

and

HOWARD K. LESLIE, SR., Petitioner/Plaintiff-Appellee,

and

HOWARD K. LESLIE, JR., Respondent/Plaintiff-Appellant,

vs.

JEFFREY K. KANUI, as Personal Representative
of the Estate of Jamie K. Tavares, Deceased,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000129; CIV. NO. 97-0448)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Chan, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellee Howard K. Leslie, Sr.'s

application for writ of certiorari filed on December 31, 2015, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 11, 2016.

Paul R. Grable
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack



/s/ Michael D. Wilson

/s/ Derrick H.M. Chan